Núm. 8092.—RUIZ, aplte., *v.* ORTA, aplda.—C. D. Humacao. ■
■■■■■■■■■ Enero 8, 1940.

. (Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción de la demandada apelada para que se desestime el recurso por haber vencido en noviembre 1, 1939, el término para radicar la transcripción de evidencia y exposición del caso en la Secretaría de este Tribunal Supremo, sin que hasta la fecha se haya radicado;

POR CUANTO, de los autos del caso aparece que en noviembre 9 de 1939 la parte apelante radicó en la Secretaría de este Tribunal el legajo de la sentencia, certificado en octubre 30 de 1939 por el secretario de la Corte de Distrito de Humacao, y la Transcrripción de Evidencia, aprobada en 8 de noviembre, 1939, por el juez sentenciador.

No ha lugar a la desestimación solicitada.

Núm. 8097.—RIVERA, aplte., *v.* COLÓN, apldo.—C. D. San Juan. ■■■■■■■■■ Enero 16, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de la parte apelada solicitando la desestimación del recurso interpuesto en este caso por falta de diligencia en su tramitación, vista en enero quince con asistencia e informe de los abogados de ambas partes; habiendo en consideración que si bien la tramitación se ha dilatado es lo cierto que el taquígrafo declara bajo juramento que sólo le faltan alrededor de treinta páginas para terminar la transcripción de la evidencia y que ha recibido ya el importe de sus honorarios, no ha lugar, con permiso de reproducirla si dentro de treinta días contados a partir de esta fecha la parte apelante no ha archivado el récord de su apelación en la Secretaría de este Tribunal.